**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1746-16T1

IRINA DOLGOVA,

       Plaintiff-Appellant,

v.

CITY PLACE AT THE PROMENADE,
PROMENADE AT EDGEWATER CONDO,
CHARMING CHARLIE, JLL, INC.,
a/k/a JONES LANG LASALLE, INC.
and L. PERES & ASSOCIATES, INC.,

       Defendants-Respondents,

and

CITY PLACE AT THE PROMENADE,
and CHARMING CHARLIE, INC.,

       Defendant/Third-Party
       Plaintiff-Respondent,

v.

PLESCIA ROOFING, INC.,

       Third-Party
       Defendant-Respondent.

_____

       Argued May 17, 2018 — Decided June 18, 2018

       Before Judges Simonelli and Haas.

On appeal from Superior Court of New Jersey, Law Division, Bergen County, Docket No. L-8680-14.

Patrick M. Metz argued the cause for appellant (Dario, Albert, Metz & Eyerman, LLC, attorneys; Patrick M. Metz, on the brief).

John J. Megjugorac argued the cause for respondents The Promenade at Edgewater Condominium Association, Inc., i/s/a "City Place at the Promenade and Promenade at Edgewater Condo," and L. Peres & Associates, Inc. (Haworth Rossman & Gerstman, LLC, attorneys; Abigail Rossman and Rachel Trauner, on the brief).

John J. Megjugorac argued the cause for respondents Jones Lang Lasalle Americas Inc., s/h/a Jll, Inc., a/k/a Jones Lang Lasalle, Inc. and Rreef America Reit II Corp. HH (Haworth Rossman & Gerstman LLC, attorneys; Abigail Rossman, on the brief).

Jeanne O. Marino argued the cause for respondent Plescia Roofing, Inc. (Harwood Lloyd, LLC, attorneys; Jeanne O. Marino, on the brief).

PER CURIAM

We have been advised following oral argument that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1746-16T1